■ JOHN H. FAULK, Respondent, v. AWARE, INC., et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements

to the respondent. No opinion. Concur — Peck, P. J., Breitel, Valente, McNally and Bastow, JJ. [3 Misc 2d 833.]